UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

EDUARDO QUINONES BONILLA
a/k/a "Eduardo Rodriguez-Quinones",
BILLY LEONARD RENGIFO SAAVERDA, and
JAIRO LOPEZ VICTORIA

CASE NO. 8:22-cr-98-CEH-AEP

46 U.S.C. §§ 70503(a) and 70506(a) and (b)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about February 21, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

EDUARDO QUINONES BONILLA
a/k/a "Eduardo Rodriguez-Quinones",
BILLY LEONARD RENGIFO SAAVERDA, and
JAIRO LOPEZ VICTORIA,

did knowingly, willfully, and intentionally combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one hundred (100) or more kilograms of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a),

70506(a) and (b), and punishable under 21 U.S.C. § 960(b)(1)(B)(ii) and § 960(b)(2)(G).

## COUNT TWO

Beginning on an unknown date and continuing through on or about February 21, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

EDUARDO QUINONES BONILLA
a/k/a "Eduardo Rodriguez-Quinones",
BILLY LEONARD RENGIFO SAAVERDA, and
JAIRO LOPEZ VICTORIA,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and one hundred (100) or more kilograms of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii) and § 960(b)(2)(G).

## FORFEITURE

1.    The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

EDUARDO QUINONES BONILLA
a/k/a "Eduardo Rodriguez-Quinones",
BILLY LEONARD RENGIFO SAAVERDA, and
JAIRO LOPEZ VICTORIA,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

EDUARDO QUINONES BONILLA
a/k/a "Eduardo Rodriguez-Quinones",
BILLY LEONARD RENGIFO SAAVERDA, and
JAIRO LOPEZ VICTORIA,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

3

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David J. Pardo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
March 22

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

**EDUARDO QUINONES BONILLA**
a/k/a "Eduardo Rodriguez-Quinones",
**BILLY LEONARD RENGIFO SAAVERDA**, and
**JAIRO LOPEZ VICTORIA**

### INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 15th day

of March, 2022

_____
Clerk

Bail $_____

GPO 863 525