# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:22-cr-98-CEH-AEP          DATE: MARCH 18, 2022

# HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA                AUSA DAVID J. PARDO
-v-
EDUARDO QUINONES BONILLA                AFPD PAUL DOWNING
BILLY LEOARD RENGIFO SAAVERDA           CJA JAMES ARMINGTON
JAIRO LOPEZ VICTORIA                     CJA SCOTT KALISCH

DEPUTY CLERK: AMANDA CRAIG               TIME: 3:19-3:33 (14 min.)
COURTROOM: 12A                          DIGITAL RECORDING
INTERPRETER: JAMES PLUNKETT/SPANISH     COURT REPORTER: N/A


## PROCEEDINGS: ARRAIGNMENT/INITIAL APPEARANCE

_____X_____ Interpreter sworn

_____X_____ Defendants read INDICTMENT

_____X_____ Court reviews government's obligations under Brady v. Maryland

_____X_____ Financial information verified

_____X_____ Counsel appointed as to all defendants for all purposes, including trial

_____X_____ Court advises defendants of Rule 5 rights and charges

_____X_____ Defendants waive formal reading of indictment

_____X_____ Defendants plead not guilty as to all counts

_____X_____ Parties request to participate in Rule 16 discovery

_____X_____ Trial set for May 2022 trial term beginning week of May 2, 2022, at 9:00 a.m., before Judge Charlene Edwards Honeywell

_____X_____ Status Conference is set for April 19th, 2022, at 9:30 a.m. before Judge Honeywell

_____X_____ Pretrial discovery order to be entered by Judge Porcelli

    X         Bond/Detention:

                            Government: Requests Detention; presumption applies; ICE detainer.

                            Defendants: Reserves on the matter of bond.

                            Court: Defendant to be detained on the basis of the presumption but reserving to the defendant the right to have the matter of bail reconsidered on the filing of an appropriate motion.

    X         Defendants continued in custody of U.S. Marshal.